# United States District Court
## for
## District of New Jersey
## Petition for Dismissal of Supervised Release Revocation Proceedings

Name of Offender: Alexi Lopez                                      Cr.: 02-00163-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 02/06/03

Original Offense: Theft of Goods in Interstate Commerce

Original Sentence: Time served (5 months and 7 days)

Type of Supervision: 3 years Supervised Release          Date Supervision Commenced: 5/14/04

Assistant U.S. Attorney: Andrew Kogan                    Defense Attorney: Howard Brownstein

### PETITIONING THE COURT

[X] To dismiss supervised release revocation proceedings.

### Cause

The offender reported satisfactorily to state probation, and subsequently, to the U.S. Probation Office. The offender made efforts to establish employment, all criminal charges have been dismissed and he remained drug free through the remaining of supervision. While most of the restitution is still due, collection will be enforced through the Financial Litigation Unit of the United States Attorney's Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Willie Torres
Supervising U.S. Probation Officer
Date: 11/11/06

THE COURT ORDERS:

[X] The Dismissal of Revocation Proceedings
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-17-06
Date